# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JONATHAN ROBINSON, et al., <br><br> Plaintiffs, <br><br> CITY OF COLUMBUS, et al., <br><br> Defendants. | Case No. 2:19-cv-5651 <br><br> Judge James L. Graham <br><br> Magistrate Judge Chelsey M. Vascura <br><br> **STIPULATION OF DISMISSAL** |

Plaintiffs Jonathan Robinson, Derryle Sloan, and Derrick Sloan have now settled this matter with Defendant City of Columbus, and consideration foe said settlement has been paid. Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs, the City, and all other defendants hereby stipulate to a dismissal of this civil action with prejudice.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ R.J.F.* <br> Robert J. Fitrakis (0076796) <br> Constance Gadell-Newton (0085373) <br> FITRAKIS & GADELL-NEWTON, LLC <br> Columbus, OH 43205 <br> (614) 307-9783 / (614) 929-3513 (fax) <br> fgnlegal@gmail.com | /s/ Andrew D.M. Miller <br> Andrew D.M. Miller (0074515) <br> CITY OF COLUMBUS, DEPARTMENT OF LAW <br> ZACH KLEIN, CITY ATTORNEY <br> 77 North Front Street, Columbus, Ohio 43215 <br> (614) 645-7385 / (614) 645-6949 (fax) <br> admmiller@columbus.gov |
| Attorneys for Plaintiff | Attorneys for the City Defendants |

* By ADMM per email authorization granted 08/14/20.

2

## CERTIFICATE OF SERVICE

      I hereby certify that, on **August 20, 2020**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System:

                                  /s/ Andrew D.M. Miller
                                  Andrew D.M. Miller (0074515)